UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY PATRICK formerly known as COMPTON; individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| QUANTUM3 FUNDING, LLC a Forida limited liability company, QUANTUM3 GROUP, LLC a Delaware limited liabilty company, | ) ) ) ) ) |
| Defendants. | ) |

No. 1:14-cv-00545-TWP-TAB

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendants' motion to dismiss. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation ([Filing No. 51](#)). Defendant's Motion to Dismiss for Failure to State a Claim for Relief ([Filing No. 23](#)) is **DENIED**. Parties shall file an amended CMP within fourteen days of this order.

Date: 3/12/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

Karen Lynn Lobring
LOBRING & ASSOCIATES LLP
lobring@msn.com

Angie K. Robertson
PHILIPPS AND PHLIPPS, LTD.
angiekrobertson@aol.com

David J. Philipps
PHILIPPS AND PHLIPPS, LTD.
davephilipps@aol.com

Mary E. Philipps
PHILIPPS AND PHLIPPS, LTD.
mephilipps@aol.com